# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2266
LT Case No. 2017-CF-001849-A

_____

MICHAEL JERMAINE COLEMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Jessica Recksiedler, Judge.

Michael Jermaine Coleman, Madison, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


September 30, 2025


PER CURIAM.

    AFFIRMED.


LAMBERT, SOUD, and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————